# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 04-20426 B |
| | ) | |
| NAUM BAHHUR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant's Motion to Allow Travel filed on March 29, 2005. United States District Judge J. Daniel Breen referred this matter to the Magistrate Judge for determination. After consideration, the Court concludes the Motion should be **GRANTED**. Mr. Bahhur shall be required to post a $100,000.00 secured bond, and he shall be entitled to leave the country and travel to Israel. Mr. Bahhur may leave the United States after May 10, 2005, but he shall be required to return to this country prior to July 20, 2005.

Pursuant to the Order of Reference, any objections to this Order shall be made in writing within ten days after service of this Order and shall set forth with particularity those portions of the Order objected to and the reasons for those objections.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 18, 2005

1

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CR-20426 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Honorable J. Breen
US DISTRICT COURT